Monte J. White & Associates, PC
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 FAX

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: | § CASE NO.  08-70028-HDH-13 |
| | § |
| Cody James Paschall | § |
| and | § JUDGE HARLIN D. HALE |
| April Marie Paschall | § |
| | § HEARING DATE: May 20, 2009 |
| DEBTORS | § HEARING TIME: 11:00 A.M. |

NOTICE OF HEARING, PRE-HEARING CONFERENCE
AND ATTACHED MODIFICATION OF PLAN AFTER CONFIRMATION

NOTICE OF HEARING

On May 20, 2009, which is at least twenty-five (25) days from the date of service hereof, at 11:00 o'clock A.M. a HEARING on the above and foregoing "Modification of Plan After Confirmation" will be held before the Bankruptcy Judge in Room 222, U.S. Courthouse, 10TH AND LAMAR Street, WICHITA FALLS, Texas. Creditors are not required to attend unless they have objections to the Modification.

NOTICE OF PRE-HEARING CONFERENCE

A PRE-HEARING CONFERENCE will be held by the Trustee at 8:30 o'clock A.M. prior to the above hearing time at the following location 10TH AND LAMAR STREET, WICHITA FALLS, TEXAS. Hearings on Motions to Modify Plans with objections not resolved at the PRE-HEARING CONFERENCE will be heard by the Court at the scheduled Hearing time.

NOTICE is hereby given that pursuant to 11 USC 1329 the attached "Modification of Plan" dated March 26, 2009, will be approved by the Court as the Debtor(s) Modified Chapter 13 Plan Unless a party in interest files a written "Objection to the Modification" within twenty (20) days of service hereof, and the Debtor has made any subsequent payments required under the Modified Plan. An "Objection to Modification" shall be made in writing to the following: U.S. Bankruptcy Court, Clerks Office, 1100 Commerce Street Room 12A24, Dallas, TX 75242, with copies sent to Walter O'Cheskey, Chapter 13 Trustee, 6308 Iola, Lubbock, TX, 79424 and Debtor(s) Attorney at the above address.

Monte J. White & Associates, P.C.
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 FAX

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | | |
| Cody James Paschall | § | CASE NO. 08-70028-HDH-13 |
| and | § | |
| April Marie Paschall | § | HEARING DATE: April 22, 2009 |
| DEBTOR(s) | § | HEARING TIME: 11:00 A.M. |

FIRST MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION

DATE: March 26, 2009

Pursuant to 11 USC 1329, the Debtor(s) (per the undersigned attorney) or the Standing Chapter 13 Trustee, requests the following Modification of Debtor(s) Confirmed Plan herein:

I. HISTORY OF THE CASE

1. Date Case Filed: 1/31/2008

2. Date of Section 341 Meeting: 2/27/2008

3. First Payment Date: 3/1/2008

4. Date of Confirmation: 5/23/2008

5. Total Plan Term Prior to this Modification: 60

6. Number of Months from First Payment Date through month prior to estimated month of Modification Approval:  14

7. Remaining Plan Term (subtract item 6 from the lesser of item 5 or 60 months): 46

8. Amount of Arrears through the month prior to the date the Modification is filed: NONE

9. Date plan payments are to resume: April 1, 2009

10. Total Payments Paid to the Trustee through the month prior to the date the Modification is filed with the clerk: $9,398.50

11. Total payments due to the Trustee through the month prior to the date the Modification is filed with the clerk:  $8,258.00

12. Total Payments Due to the Trustee from the month the Modification is filed to the month the Modification is set for approval: NONE (paid ahead)

13. List Dates of any Prior Orders Modifying, Interlocutory Orders, or Special Supervision Orders:

TRCC 11/5/2008

II. MODIFICATION REQUESTED
(CHECK 1 OR MORE OF THE FOLLOWING 4 CHOICES)

__x__  INCREASE monthly payment from $656.00 per month to $870.00 per month (must coincide with resume date shown in item 9 above)

_____  Extend months from _____ months to _____ months (not to exceed 60 calendar months from month of First Payment Date)

_____  Add balloon payment of in month (indicate how the balloon payment will be made)

_____
_____
All modifications that include a balloon payment will require testimony.

Any arrears indicated in item 8 above shall be cured by the following method:
_____

III. RESUMPTION OF PAYMENTS TO THE TRUSTEE
(All information below must be complete)

Payments can only change as of the month the modification is approved. Payments to the Trustee in the amount of $875.00 will resume on or before May 1, 2009 for 47 months (item 7 above) remaining in the Modified Plan as of the date the modification is approved.

Base amount will change from $39,746.00 to $49,820.00

If the base amount has changed complete the following:

1. Total Paid in as of the month prior
to Modification Approval:               $ 9,570.00

2. (+)Plus Total Payments to be made
through the Remainder of Plan:          $40,250.00
(Making up any arrears in item 9 above)

3. (=) New Base Amount                  $49,820.00

IV. TREATMENT OF UNSECURED CREDITORS

Unsecured creditors are not guaranteed a dividend when a plan is confirmed. See general order 2007-2. Allowed general unsecured claims may receive a pro-rata share of the unsecured creditors' pool, but not less than the section 1325(a)(4) amount of non-exempt property less allowed administrative and priority claims, after the TRCC becomes final. A proof of claim must be timely filed to be allowed.

__x___ The unsecured creditor pool remains $____0____.

_____ The unsecured creditor pool changes from $_____ to $_____.

V. SECURED, PRIORITY OR SPECIAL CLASS TREATMENT

ADD/DELETE/SURRENDER/CHANGE the following Secured, Priority or Special Class Unsecured Creditor(s):

C/D;A=ADD;D = DELETE; S = SURRENDER; CF = CHANGE FROM; CT = CHANGE TO

| Code | Class | Name/Description | Amount | Interest | Treatment |
|------|-------|------------------|--------|----------|-----------|
| A | S | Primewest Mortgage Corp-post-petition mortgage arrears | $7,116.51 | 10% | $186.88 for 46 months |

Note: Changes to any creditors above shall not be effective until the Modification is approved.

VI. ATTORNEY FEES

Debtor's attorney shall be allowed an additional fee for this Modification in the total amount of $350.00 plus $50.00 in costs, of which $400.00 will be paid through the Plan by the Trustee;

VII. REASON FOR MODIFICATION

This modification is requested for the following reason(s): Per Agreed Stipulation filed with the Court on 3/20/2009.

VIII. BUDGET INFORMATION

At the time of filing this modification the debtor shall provide a filed marked copy of the current budget (schedules I & J) and the three most recent pay stubs to the Trustee.

N/A

                                       Respectfully submitted,

                                       /s/Monte J. White
                                       Attorney for Debtor(s)

CERTIFICATE OF SERVICE

   I certify that a true copy of the above and foregoing Modification of Plan after Confirmation, Notice of Hearing and Pre-Hearing Conference has been served by me on March 31, 2009, on all parties on the attached matrix, by United States First Class Mail, proper postage affixed.

/s/Monte J. White
Attorney for Debtor(s)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-7<br>Case 08-70028-hdh13<br>Northern District of Texas<br>Wichita Falls<br>Thu Mar 26 11:24:48 CDT 2009 | 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242-1305 | AMO Recoveries-Target National Bank<br>PO Box 5668<br>Glendale Heights, IL 60139-5668 |
| Bank One-Chase<br>P O Box 15145<br>Wilmington, DE 19850-5145 | CAPITAL ONE BANK<br>CO TSYS DEBT MANAGEMENT<br>PO BOX 5155<br>NORCROSS, GA 30091-5155 | CBC-AES-NCT<br>1200 N 7th St<br>Harrisburg, PA 17102-1419 |
| CHASE BANK, USA, N.A.<br>PO BOX 100018<br>KENNESAW, GA 30156-9204 | Capital One Bank<br>CO TSYS Debt Mgmt<br>PO Box 5155<br>Norcross, GA 30091-5155 | Chase Bank USA, NA<br>PO Box 15145<br>Wilmington, DE 19850-5145 |
| Chase Cardmember Services<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Chase-Circuit City<br>PO Box 100019<br>Kennesaw, GA 30156-9205 | CitiFinancial Auto, Ltd.<br>P.O. Box 182287<br>Columbus, OH 43218-2287 |
| CitiFinancial Services, Inc<br>Bankruptcy Dept<br>PO Box 140489<br>Irving, TX 75014-0489 | Citifinancial Auto<br>PO Box 70918<br>Charlotte, NC 28272-0918 | Clinics of North Texas<br>PO Box 97547<br>Wichita Falls, TX 76307-7547 |
| Columbus Bank & Trust-Aspire Visa<br>PO Box 105555<br>Atlanta, GA 30348-5555 | Executive Services-Pathology Associate<br>1200 Austin St<br>Wichita Falls, TX 76301-4623 | Executive Services-Titanium Emergency<br>1200 Austin St<br>Wichita Falls, TX 76301-4623 |
| HSBC Bank Nevada and its Assigns<br>by eCAST Settlement Corporation<br>as its agent<br>POB 35480<br>Newark NJ 07193-5480 | HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite 200<br>Tucson, AZ 85712-1083 | HSBC Card Services<br>PO Box 80084<br>Salinas, CA 93912-0084 |
| Household Bank -SB, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite No. 200<br>Tucson, AZ 85712-1097 | IBEW Local Credit Union<br>6111 Old Jacksboro Hwy<br>Wichita Falls, TX 76302-5503 | IRS Special Procedures<br>1100 Commerce St., Room 951<br>Mail Stop 5029 DAL<br>Dallas, TX 75242-1001 |
| Jefferson Capital Systems LLC<br>PO BOX 23051<br>COLUMBUS GA 31902-3051 | Jefferson Capital Systems LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Kell West Regional Hospital<br>5420 Kell West Blvd<br>Wichita Falls, TX 76310 |
| LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding LLC its successors and assigns<br>assignee of CitiFinancial Inc.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding LLC its successors and assigns<br>assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |

| | | |
|---|---|---|
| MCM-FCNB Newport News<br>Dept 12421<br>PO Box 1259<br>Oaks, PA 19456-1259 | Monte J. White & Associates<br>1106 Brook Ave<br>Wichita Falls TX 76301-5009 | PRA Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 |
| Portfolio Recoveries-US Cellular<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502-4962 | Portfolio Recovery Associates<br>PO Box 41067<br>Norfolk, VA 23541-1067 | Primewest Mortgage Corp<br>7806 Indiana Ave<br>Lubbock, TX 79423-1806 |
| Primewest Mortgage Corporation<br>c/o Kent Hale<br>Craig, Terrill, Hale & Grantham, LLP<br>PO Box 1979<br>Lubbock, TX 79408-1979 | Primewest Mortgage Corporation<br>Account No.: 117097<br>Attn: Shellie Lykins<br>8004 Indiana, Ste B-12<br>Lubbock, TX 79423-2044 | Primewest Mortgage Corporation<br>Attn: Shellie Lykins<br>8004 Indiana, Ste B-12<br>Lubbock, TX 79423-2044 |
| Recovery Management Systems Corporation<br>25 SE 2nd Ave. Ste. 1120<br>Miami, FL 33131-1605 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Retail Services-Best Buy<br>PO Box 15521<br>Wilmington, DE 19850-5521 |
| Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Sears -Citibank<br>PO Box 6189<br>Sioux Falls, SD 57117-6189 | Sherman Acquisitions-Sears<br>PO Box 740281<br>Houston, TX 77274-0281 |
| Sprint PCS<br>PO Box 219554<br>Kansas City, MO 64121-9554 | Texoma Community Credit Union<br>3800 Sheppard Access Rd<br>Wichita Falls, TX 76306-4227 | Texoma Community Credit Union<br>PO Box 1320<br>Wichita Falls, TX 76307-1320 |
| The Education Resources Institute<br>31 St James Ave<br>Boston, MA 02116-4118 | Tribute<br>PO Box 105555<br>Atlanta, GA 30348-5555 | United Revenue Corp-United Regional<br>204 Billings St Ste 120<br>Arlington, TX 76010-2495 |
| WICHITA FALLS CITY, ISD & WICHITA COUNTY<br>CO PERDUE BRANDON FIELDER COLLINS & MOT<br>PO BOX 8188<br>WICHITA FALLS TX 76307-8188 | Wells Fargo Bank<br>Overdraft Recovery Payment  Pro. Dept.<br>A0143-042<br>P.O. Box 63491<br>San Francisco, Ca 94163-0001 | eCAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite No. 200<br>Tucson, AZ 85712-1097 |
| eCAST Settlement Corporation<br>CO Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite No. 200<br>Tucson, AZ 85712-1097 | eCAST Settlement Corporation assignee of<br>GE Money Bank-Lowes Consumer<br>POB 35480<br>Newark NJ 07193-5480 | eCAST Settlement Corporation assignee of<br>GE Money Bank-Lowes in Store<br>POB 35480<br>Newark NJ 07193-5480 |
| April Marie Paschall<br>4641 Summit<br>Wichita Falls, TX 76310-3961 | Cody James Paschall<br>4641 Summit<br>Wichita Falls, TX 76310-3961 | Monte J. White<br>Monte J. White & Associates, P.C.<br>1106 Brook Avenue<br>Wichita Falls, TX 76301-5009 |

```
UST U.S. Trustee                        Walter 12,13 Ocheskey
1100 Commerce Street                    6308 Iola Avenue
Room 976                                Lubbock, TX 79424-2735
Dallas, TX 75242-1011
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)CitiFinancial Auto Credit, Inc.      (u)Household Bank SB, NA        End of Label Matrix
                                                                        Mailable recipients    61
                                                                        Bypassed recipients     2
                                                                        Total                  63
```